BEFORE THE THIRD DIVISION, SEPTEMBER 22, 1966

**No. P66/226.**—National Silver Co. *v.* United States, protest 284690–K (San Francisco).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. P66/227.**—United China & Glass Company *v.* United States, protests 316217–K/14989, etc. (New Orleans).

**No. P66/228.**—United China & Glass Co. *v.* United States, protests 59/8913 and 62/19863 (Seattle).

**No. P66/229.**—National Silver Co. *v.* United States, protest 64/16779 (Los Angeles).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

**No. P66/230.**—Arnart Imports, Inc., et al. *v.* United States, protests 65/10711, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "E" covered by the foregoing protests consist of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), and that the items of merchandise marked "W" covered by the foregoing protests consist of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claims of the plaintiffs were sustained.